FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 15 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 05-mc-00048-OES
(The above miscellaneous action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

RICHARD GAMBOA,

    Petitioner,

v.

[NO RESPONDENT NAMED],

    Respondent.

---

## ORDER DIRECTING CLERK TO COMMENCE MISCELLANEOUS ACTION AND DIRECTING PETITIONER TO FILE PETITION

---

Petitioner Richard Gamboa is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary in Florence, Colorado. Mr. Gamboa has submitted to the Court two letters to the Honorable Edward W. Nottingham with attachments seeking to preserve a videotaped recording made on July 9, 2005, of the secure housing unit, B range, cell 137, at 6:21 p.m. (plus thirty minute before and after), that he alleges will be used as evidence in federal court.

Prior to bringing an action, Rule 27 of the Federal Rules of Civil Procedure allows a person to petition a court "to perpetuate testimony regarding any matter that may be cognizable in any court of the United States." Fed. R. Civ. P. 27(a)(1). Relief under Rule 27 is available "[i]f the court is satisfied that the perpetuation of the

testimony may prevent a failure or delay of justice." Fed. R. Civ. P. 27(a)(3).

The clerk of the Court will be directed to commence a miscellaneous action. Mr. Gamboa will be directed to file a petition pursuant to Rule 27(a) if he wishes to pursue this action. The petition must satisfy the five requirements listed in Rule 27(a)(1). In addition, Mr. Gamboa must either pay the $39.00 filing fee for a miscellaneous action or file a motion seeking leave to proceed *in forma pauperis*. Accordingly, it is

ORDERED that the clerk of the Court commence a miscellaneous action in this matter. It is

FURTHER ORDERED that Mr. Gamboa file a petition with the clerk of the Court that complies with the requirements of Rule 27(a)(1) of the Federal Rules of Civil Procedure **within thirty (30) days from the date of this order** if he wishes to pursue this action. It is

FURTHER ORDERED that the petition shall be titled "Petition Pursuant to Fed. R. Civ. P. 27(a)(1)" and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that Mr. Gamboa either pay the $39.00 filing fee for this miscellaneous action or file a motion seeking leave to proceed *in forma pauperis* **within thirty (30) days from the date of this order.** It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Gamboa, together with a copy of this order, two copies of the following form: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that Mr. Gamboa is reminded that Rule 77.2 of the Local Rules of Practice of the United States District Court for the District of Colorado – Civil concerning *ex parte* communications forbids him from contacting "orally a judicial officer regarding any case by telephone, in person, or through any other means, unless all other parties in the matter, or their attorneys, are present or on the telephone." It is

FURTHER ORDERED that if Mr. Gamboa fails to comply with this order within the time allowed this action will be dismissed without further notice.

DATED at Denver, Colorado, this 15 day of July, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-mc-00048-OES

Richard Gamboa
Reg. No. 06940-059
USP – Florence
PO Box 7000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915** to the above-named individuals on 7/15/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk